IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-17,

    Defendants.

---

**ORDER ENTERING STIPULATED CONSENT DECREE AND
DISMISSAL WITH PREJUDICE OF DOE NO. 16 (Lorry Lambert)**

---

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint Naming Doe No. 16 and for an Order Entering Consent Decree and Dismissal with Prejudice filed July 8, 2013.  Plaintiff Killer Joe Nevada, LLC ("Killer Joe") alleges in its Complaint in the above-captioned action that the Defendants have infringed its copyright, which is registered with the United States Copyright Office under Registration Number Pau 3-652-098, in the motion picture "Killer Joe" and thereby violated pertinent portions of 17 U.S.C. §§ 101, et seq.

Defendant Lorry Lambert has been identified as Doe No. 16 in the filed complaint, with the Internet Protocol Address of 75.71.140.18, as set forth more fully in Exhibit A attached to the Complaint ("Defendant's IP Address").

Defendant Lorry Lambert resides at 1157 Lafayette St., Apt. 1, Denver, CO 80218.  Killer Joe and Lorry Lambert are referred to alternatively as "the parties."

In order to fully and finally resolve all claims between the parties and specifically the issues between the parties that are before the court in the above-captioned action, Killer Joe and Doe No. 16, identified as Lorry Lambert, have reached a confidential settlement agreement with confidential terms and consideration that requires entry of this Stipulated Consent Decree to fully effect the terms of the settlement, and hereby request that the Court accept and enter this Stipulated Consent Decree and proceed consistently with its terms.

WHEREFORE, THE FOLLOWING IS HEREBY STIPULATED AND ORDERED for all matters relevant to the claims in the above-captioned action between the parties:

1. The Court has jurisdiction over the parties, and venue is proper.

2. Plaintiff's Motion to Amend Complaint Naming Doe No. 16 and for an Order Entering Consent Decree and Dismissal with Prejudice (ECF No. 14) is **GRANTED**.

3. Plaintiff has valid and enforceable rights in the original copyrighted work, Killer Joe, which is registered with the United States Copyright Office under Registration Number PAu 3-652-098.

4. Doe No. 16 in the Complaint filed in the above-captioned action is identified as: Lorry Lambert, 1157 Lafayette Street, Apt. 1, Denver, CO 80218.

5. Defendant Lorry Lambert denies the allegations against her in the complaint in the above-captioned action but agrees and consents to the terms of this Stipulated Consent Decree as part of the settlement of disputed claims in this action.

6. Defendant Lorry Lambert, named as Defendant Doe No. 16 in the Complaint, is permanently enjoined from directly, contributorily, or indirectly infringing Killer Joe's rights

in its motion pictures, including, without limitation, by using the Internet, or allowing others to use her IP address, to reproduce Killer Joe's motion pictures for viewing by herself or others, including the general public, except pursuant to a lawful written license, or with the express authority of Killer Joe.

7. Defendant Lorry Lambert, named as Defendant Doe No. 16 in the Complaint, is specifically ordered to promptly take all necessary steps to secure her IP address and thereby protect it from being used by third parties to infringe Plaintiff's copyrighted work.

8. Defendant Lorry Lambert, named as Defendant Doe No. 16 in the Complaint, is directed to promptly destroy all unauthorized copies of the Plaintiff's motion picture in her possession, custody, or control.

9. Because Plaintiff and Defendant Lorry Lambert, named as Defendant Doe No. 16 in the Complaint, have fully and finally resolved all claims at issue between them in this action and by the entry of this Consent Decree as an Order of this Court, Defendant Lorry Lambert, named as Defendant Doe No. 16 in the Complaint, is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.  The caption shall hereafter be amended to reflect the dismissal with prejudice of Defendant Lorry Lambert and Defendant Doe No. 16 from this action.

Dated:  July 22, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge