IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-15, 17,

    Defendants.

## ORDER

    In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 13 and 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed on July 22, 2013, it is

    ORDERED that John Does 13 and 17 are **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

    Dated:  July 24, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge