IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-12, 14-15,

    Defendants.

## ORDER

    In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 3 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed on August 2, 2013 (ECF No. 30), it is

    ORDERED that John Doe 3 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

    Dated:  August 6, 2013

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Senior United States District Judge