IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-12, 14-15

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 14 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 32) and the Notice of Voluntary Dismissal Without Prejudice of John Doe 4 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 33), it is

ORDERED that John Doe 14 is **DISMISSED WITH PREJUDICE** and John Doe 4 is **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  August 15, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge