IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-2, 5-12, 15,

   Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 5 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 36) and Notice of Voluntary Dismissal With Prejudice of John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 37), it is

ORDERED that John Does 5 and 11 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  September 5, 2013

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge