IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-2, 6-10, 12, 15,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 1 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 43) and the Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 2 and Defendant John Doe 6 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 44), it is

ORDERED that John Doe 1 is **DISMISSED WITH PREJUDICE**, and John Does 2 and 6 are **DISMISSED WITHOUT PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  October 15, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge