IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 7-10, 12, 15,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 8, 2013 (ECF No. 51), it is

ORDERED that John Doe 12 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  November 12, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge