IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01292-WYD-MEH

KILLER JOE NEVADA, LLC, a California Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 7-10, 15,

   Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal of Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 13, 2013 (ECF No. 55), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  November 13, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge